**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ROBIN A. WILLIAMS,

Plaintiff,

-against-

KINGS HARBOR MULTICARE CENTER,

Defendant.

---------------------------------------------------------------X

26 **CIVIL** 5925 (KMW)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 15, 2026, the Court has dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). The Court has declined to exercise supplemental jurisdiction over any state law claims Plaintiff may be asserting. *See* 28 U.S.C. § 1367(c)(3). The Court warns Plaintiff that if she continues to file nonmeritorious employment discrimination actions in this court, the Court may issue an order directing her to show cause why she should not be barred from filing future civil actions IFP in this court without first seeking permission to file from the court. *See* 28 U.S.C. § 1651. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

September 17, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**